NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
R. Brian Timmons (Bar No. 155916)
Lee J. Rosenberg (Bar No. 287567)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000

ATTORNEY(S) FOR: Smart King Ltd.

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Smart King Ltd.

Plaintiff(s),

v.

Season Smart Limited

Defendant(s)

CASE NUMBER:

2:18-cv-18-9499

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Smart King Ltd. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Smart King Ltd. | Petitioner |
| Faraday&Future, Inc. | Publicly known indirect subsidiary of Smart King Ltd. |
| FF Top Holding Ltd. | Major shareholder in Smart King Ltd. |
| FF Peak Holding Limited | Parent company of FF Top Holding Ltd. |
| Pacific Technology Holding LLC | Parent company of FF Peak Holding Limited |
| Lian Bossert | Holder of membership interests in Pacific Tech Hold. LLC |
| Jia Yueting | Holder of indirect interests in Pacific Tech. Hold. LLC |
| Season Smart Ltd. | Respondent; major shareholder in Smart King Ltd. |
| Evergrande Health Industry Group Ltd. (publicly traded) | Parent company of Season Smart Limited |
| Evergrande Group (publicly traded) | Parent company of Evergrande Health Industry Group Ltd. |

September 8, 2018
Date

/s/ R. Brian Timmons
Signature

Attorney of record for (or name of party appearing in pro per):

Smart King Ltd.