1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   R. Brian Timmons (Bar No. 155916)
2   briantimmons@quinnemanuel.com
   Lee J. Rosenberg (Bar No. 287567)
3   leerosenberg@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Petitioner
   Smart King Ltd.
7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Smart King Ltd, | Case No: 2:18-cv-18-9499 |
|---|---|
| Petitioner, | **PETITIONER SMART KING LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| Season Smart Limited, | |
| Respondent. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Smart King Ltd. ("Petitioner"), by and through its undersigned counsel, hereby provides the following corporate disclosure statement:

Petitioner is predominantly owed by two unrelated corporations, FF Top Holding Ltd. and Season Smart Limited ("Season Smart"), as identified in Petitioner's Notice of Interested Parties; FF Top Holding Ltd. is a wholly-owned subsidiary of FF Holding Peak Limited, the shares of which are wholly-owned by Pacific Technology Holding LLC, and Season Smart is a subsidiary of Evergrande Health Industry Group Ltd. ("Evergrande Health"), which is a subsidiary of the Evergrande Group ("Evergrande.")

Subject to the foregoing disclosure, Petitioner does not itself have a parent corporation, nor does any publicly-held corporation own 10% or more of its stock. In the interest of full disclosure, Season Smart possesses more than 10% of Petitioner's stock, and Season Smart is itself owned by a publicly traded corporation (Evergrande Health), which is itself a listed subsidiary of another publicly traded corporation (Evergrande).

DATED:  November 8, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ R. Brian Timmons
R. Brian Timmons
Lee Rosenberg

Attorneys for Petitioner
Smart King Ltd.

-1-
PETITIONER'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1