UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**CASE NO.:** CV 18-09499-SJO-MRW     **DATE:** January 8, 2019

**TITLE:** Smart King Ltd. v. Season Smart Limited

==================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                                      Not Present

==================================================================

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is hereby ordered to show cause in writing by not later than **February 8, 2019** why this action should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Proof of service of summons and complaint;

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

MINUTES FORM 11
CIVIL GEN                                     Page 1 of 1                      Initials of Preparer _____