1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   R. Brian Timmons (Bar No. 155916)
2  briantimmons@quinnemanuel.com
   Lee J. Rosenberg (Bar No. 287567)
3  leerosenberg@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:  (213) 443-3100

6  Attorneys for Petitioner
   Smart King Ltd.
7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| 10 | Smart King Ltd, | Case No: 2:18-cv-18-9499-SJO-MRW |
|---|---|---|
| 11 | Petitioner, | **NOTICE OF DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |
| 12 | v. | |
| 13 | Season Smart Limited | The Honorable James Otero |
| 14 | Respondent. | Discovery Cut-Off: Not Set |
| 15 | | Motion Cut-Off: Not Set |
| 16 | | Pre-Trial Conference: Not Set |
| | | Trial Date: Not Se |

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL

## **NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure rule 41(a)(1)(a)(i), Petitioner Smart King Ltd. hereby dismisses the above-captioned action with prejudice. Respondent Season Smart Limited has not yet been served in this action or otherwise made an appearance.

DATED: January 16, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ R. Brian Timmons*
R. Brian Timmons
Lee J. Rosenberg

Attorneys for Petitioner
Smart King Ltd.